FOPPES et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. May 27, 1896.) No. 725. Appeal from the Circuit Court of the United States for the Southern District of New York. Stanley, Clark & Smith, for appellants. Wallace Macfarlane, U. S. Atty. Dismissed on consent.

---

FOPPES et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 23, 1895.) No. 397. Appeal from the Circuit Court of the United States for the Southern District of New York. Edwin V. Smith, for appellants. Henry C. Platt, Asst. U. S. Atty. No opinion. Decree affirmed.

---

FOWLER MANUF'G CO. v. PIERPONT BOILER CO. (Circuit Court of Appeals, Sixth Circuit. July 8, 1896.) No. 436. Appeal from the Circuit Court of the United States for the Northern District of Ohio, Eastern Division. Lawrence Maxwell, Jr., and Ephraim Banning, for appellant. Thomas W. Bakewell, for appellee. No opinion. Judgment affirmed.

---

FRANKEL et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. March 9, 1896.) No. 588. Appeal from the Circuit Court of the United States for the Southern District of New York. Currie, Smith & Mackie, for appellants. Wallace Macfarlane, U. S. Atty. No opinion. Affirmed in open court.

---

GARNER v. SECOND NAT. BANK OF PROVIDENCE, R. I. (Circuit Court of Appeals, Second Circuit. March 2, 1896.) No. 681. In error to the Circuit Court of the United States for the Southern District of New York. Aleck Thain, for plaintiff in error. J. Langdon Ward, for defendant in error. No opinion. Dismissed, pursuant to the sixteenth rule.

---

THE GEORGE S. HOMER. HARRIS v. THE GEORGE S. HOMER et al. (Circuit Court of Appeals, Second Circuit. December 19, 1894.) No. 404. Appeal from the District Court of the United States for the Eastern District of New York. J. A. Hyland, for appellants. E. L. Owen, for appellee. No opinion. Affirmed in open court.

---

GOUGAR v. MORSE. (Circuit Court of Appeals, First Circuit. November 10, 1896.) No. 178. Error to the Circuit Court of the United States for the District of Massachusetts. Harvey N. Shepard, for plaintiff in error. Henry F. Bushnell, for defendant in error. No opinion. Dismissed for failure to print record.

---

GRAHAM v. MACDONELD. (Circuit Court of Appeals, Fifth Circuit. November 24, 1896.) No. 513. Error to the Circuit Court of the United States for the Western District of Texas. Before PARDEE and McCORMICK, Circuit Judges, and NEWMAN, District Judge.

McCORMICK, Circuit Judge. In this case a jury was waived by stipulation in writing. The record does not show that any exception was taken to